

U.S. Department of Justice

*United States Attorney*
*Southern District of Texas*

| | |
|---|---|
| *600 E. Harrison, Ste. 201* | *Phone (956)548-2554* |
| *Brownsville, TX 78520* | *Fax (956)548-2711* |

Witnesses released on April ___, 2025

Honorable Karen Betancourt
United States Magistrate Judge
Brownsville, Texas 78520

_____
United States Magistrate Judge

In re:  Witnesses in the case of U.S. vs. **LEONARDO BAEZ-LARA ET AL.**
              Criminal No. **B-25-138**

Dear Judge Betancourt:

        Please release the following from the material-witness affidavits to be then turned over to the immigration service for whatever action they deem appropriate.

        **Gerando Emmanuel Sanchez-Martinez**

                        Respectfully submitted,

                        NICHOLAS J. GANJEI
                        UNITED STATES ATTORNEY

                        ***s/ Paul Marian***
                        PAUL MARIAN
                        Assistant U.S. Attorney
                        Fed. Bar No. 3312749
                        State Bar No. 24078919
                        600 E. Harrison, Ste. 201
                        Brownsville, TX 78520
                        Ph: (956)548-2554 / Fax: (956)548-2711